IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MARTY STOUFFER and<br>MARTY STOUFFER PRODUCTIONS, LTD;<br><br>   Plaintiffs,<br><br>v.<br><br>NATIONAL GEOGRAPHIC PARTNERS, LLC;<br>NGSP, INC.;<br>NGHT, LLC, d/b/a NATIONAL GEOGRAPHIC<br> DIGITAL MEDIA;<br>NGC NETWORK US, LLC; and<br>NGC NETWORK INTERNATIONAL, LLC;<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 1:18-cv-03127-WJM-GPG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NGC NETWORK US, LLC'S AMENDED**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NGC Network US, LLC hereby amends its prior Corporate Disclosure Statement (Dkt. 27) and states that it is a subsidiary of co-defendant National Geographic Partners, LLC ("NGP").

1. Defendant NGP is a Washington, D.C. based Limited Liability Company that is partially owned (73%) by Twenty-First Century Fox, Inc., a Delaware corporation with its principal place of business in New York, New York, and (27%) by National Geographic Society, a Washington, D.C. 501(c)(3) not-for-profit corporation, with its principal place of business in Washington, D.C.

2. Twenty-First Century Fox, Inc. is a wholly-owned subsidiary of The Walt Disney Company, a publicly traded company.

Dated:  May 3, 2019

Respectfully submitted,

*/s/ Mary Grace Gallagher*
Jason D. Rosenberg
(Ga. Bar No. 510855)
Mary Grace Gallagher
(Ga. Bar No. 121954)
Members of the U.S. District Court for the District of Colorado Bar

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000 (phone)
(404) 881-7777 (fax)
jason.rosenberg@alston.com
marygrace.gallagher@alston.com

*Attorney for Defendants National Geographic Partners, LLC, NGSP, Inc., NGHT, LLC, NGC Network US, LLC, and NGC Network International, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 3, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mary Grace Gallagher*
Mary Grace Gallagher